**Dismissed and Memorandum Opinion filed July 24, 2025**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00071-CV

---

**COURT KOENNING, Appellant**

**V.**

**205 MONTCLAIR, LLC, Appellee**

---

**On Appeal from the 85th District Court
Brazos County, Texas
Trial Court Cause No. 24-001503-CV-85**

---

### MEMORANDUM OPINION

This is an appeal from an order granting partial summary judgment signed on December 9, 2024. The notice of appeal was filed March 25, 2025. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On April 23, 2025, the clerk of the Tenth Court of Appeals—which held this case prior to its being transferred to this court—issued a letter directing appellant to pay the appellate filing fee within 21 days or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the clerk's letter. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.